## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KARI PROTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.   15-cv-52 JPG/DGW |
| | ) |
| PRO COM SERVICES OF ILLINOIS, INC., | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 10). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: April 13, 2015

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE